**MEMO ENDORSED**

**GOTTLIEB & ASSOCIATES**
ATTORNEYS
150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2019

June 21, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Appplication DENIED. This letter offers no reason to continue holding this case open in light of the parties' settlement. This case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party   SO ORDERED.
>
> *[signature]* 6/21/2019
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

**Re: Cedric Bishop and On Behalf of All Other Persons Similarly Situated v.
McCarthy's Boat Yard, Inc. d/b/a McCarthy's Marine
Case No.: 1:19-cv-02629**

Dear Judge Caproni,

This firm represents Plaintiff Cedric Bishop and On Behalf of All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. The Parties submitted a Notice of Settlement (Dkt. 11) on May 20, 2019. In light of Your Honor's Order (Dkt. 12) on May 23, 2019, we write to respectfully request that Your Honor grant an extension of thirty days in order for the Settlement Agreement to be consummated. The Parties are in the process of consummating the agreement and are confident that they will consummate the agreement within the next thirty days.

We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,
GOTTLIEB & ASSOCIATES

*s/ Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)